UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Case Number 7:15-CR-73-1H(2)

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER TO SEAL |
| CARLETON DAVIS | |
| Defendant | |

Upon motion of the Defendant, by and with consent of the Government, the Court hereby seals DE 104.

This the 22nd day of November 2016.

*/s/ Malcolm J. Howard*
Malcolm J. Howard
Senior U.S. District Judge